

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**In Re: CHRISTOPHER C. NEAL**                                   **CHAPTER 13**
                                                                  **NO: 18-12411 JDW**

### ORDER APPROVING SUSPENSION OF CHAPTER 13 PLAN PAYMENTS

THIS CAUSE having come before the Court for consideration of the Motion to Suspend Chapter 13 Plan Payments (Dkt. #61) of the Debtor requesting that the plan payments to the Trustee be suspended for a period of one (1) month, and no responses having been filed after notice to all creditors and parties in interest, the Court finds that the Motion is due to be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the plan payments are hereby suspended for one (1) month, for the month of March, 2020, with payments resuming in April, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that the Chapter 13 Trustee is hereby authorized to adjust the plan payment to insure the plan can complete within 60 months.

##END OF ORDER##

Submitted by:
 /s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com