

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: CHRISTOPHER C. NEAL                                                                                           CHAPTER 13
                                                                                                                                              NO: 18-12411 JDW

**ORDER APPROVING MOTION TO SELL**
**OUTSIDE THE ORDINARY COURSE OF BUSINESS**

THIS CAUSE having come before the Court for consideration of the Motion for Authority to Sell Outside the Ordinary Course of Business (Dkt. #74) filed by the Debtor, CHRISTOPHER C. NEAL, and no objections having been filed within the time period prescribed in the Notice, and the Court finds that said Motion is due to be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor is hereby granted leave to sell his 1998 850G Case bulldozer VIN: JJG0254874 for $27,000.00 or more and to sell his 1999 Sakai SV70 compactor VIN: 30089 for $15,000.00 or more.

IT IS FURTHER ORDERED AND ADJUDGED that the Debtor is hereby authorized to use the funds to purchase a tractor and dirt pan after obtaining Oxford University Bank's ("OUB") approval to purchase same and OUB is granted a lien or liens on said tractor and dirt pan with Debtor paying OUB for the costs of recording any UCCs so that OUB can perfect it lien or liens.

IT IS FURTHER ORDERED AND ADJUDGED that sale of each item and the purchase of replacement collateral by the Debtor must be approved by OUB, but the approval of the sales and purchases shall not be unreasonably withheld.

IT IS FURTHER ORDERED AND ADJUDGED that if the cost of the purchase of the tractor and dirt pan is less than the amount received from the sale of the bulldozer and compactor, the excess will be applied on Debtor's loan with OUB and OUB will reduce its claim accordingly, and that OUB is hereby directed to notify the Chapter 13 Trustee should there be any funds applied on the OUB claim.

IT IS FURTHER ORDERED AND ADJUDGED that Debtor is hereby directed to pay any cost incurred by OUB in the recording of UCCs and any other documents required to perfect its lien on the replacement collateral.

IT IS FURTHER ORDERED AND ADJUDGED that the Debtor shall, within 15 days of the sale, report to the Court, the Chapter 13 Trustee, the fact that the property has sold together with the amount of the funds received from the sale and further Debtor shall report to the Trustee within 15 days of the purchase of any replacement collateral, with a description of the items purchased and the amount paid for said items..

**END OF ORDER**

Submitted by:

/s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com