_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: CHRISTOPHER C. NEAL                                    CHAPTER 13
                                                             NO: 18-12411 JDW

### ORDER APPROVING SUSPENSION OF CHAPTER 13 PLAN PAYMENTS

THIS CAUSE having come before the Court for consideration of the Motion to Suspend Chapter 13 Plan Payments (Dkt. #85) of the Debtor requesting that the plan payments to the Trustee be suspended for a period of two (2) months, and no responses having been filed after notice to all creditors and parties in interest, the Court finds that the Motion is due to be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the plan payments are hereby suspended for two (2) months, for the months of July and August, 2022, with payments resuming in September, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that the plan payment shall remain as set forth in the confirmed plan, unless the suspension results in the plan exceeding 60 months,

and then the Chapter 13 Trustee is hereby authorized to amend Debtor's wage order as necessary to account for the foregoing suspension so that Debtor's plan can complete as originally proposed, or as modified prior to the entry of this Order.

##END OF ORDER##

Submitted by:

 /s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MSB #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com