CM/ECF clsnodsc
(Rev. 12/21/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Christopher C Neal  )  Case No.: 18−12411−JDW
       Debtor(s)  )  Chapter: 13
                                                   )  Judge: Jason D. Woodard
                                                   )
                                                   )

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge.

DATE OF ISSUANCE: 9/6/23

                                                  Shallanda J. Clay
                                                  Clerk, U.S. Bankruptcy Court

                                          BY: SGF
                                                  Deputy Clerk