Certificate Number: 13858-MSN-DE-037567576

Bankruptcy Case Number: 18-12411



13858-MSN-DE-037567576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2023, at 1:43 o'clock AM CDT, Christopher C. Neal completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: July 6, 2023

By: /s/Edwin G. Calderon

Name: Edwin G. Calderon

Title: Vice President